IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Daniel Mark Mixson, | ) | C/A No. 2:14-424-DCN-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| City of Charleston; County of Charleston; Jennifer Kneece Shealy, Solicitor; Officer Burke; Attorney Marco T. Torres; Dr. Leonard W. Mulbry, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This is a civil action filed by a pretrial detainee. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) DSC, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

    On April 8, 2014, the court issued an order directing Plaintiff to provide documents necessary for initial review. (ECF No. 11.) Plaintiff complied with the order and this case is now in proper form.

**TO THE CLERK OF COURT**:

    This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. §1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall ***not*** issue the summonses or forward this matter to the United States Marshal for service of process at this time.

    **IT IS SO ORDERED**.

                                                                       Paige J. Gossett
                                                                      UNITED STATES MAGISTRATE JUDGE

May 29, 2014
Columbia, South Carolina